IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Farm Labor Organizing Committee, AFL-CIO     Case No. 3:09 CV 2865
and the Ohio Immigrant Worker Project,

                Plaintiff,         <u>JUDGMENT ENTRY</u>

          -vs-                 JUDGE JACK ZOUHARY

United States Border Patrol,

                Defendant.

This Court having contemporaneously filed its Memorandum Opinion and Order (Doc. 251), finds in favor of Defendant on all claims. This Court enters final judgment for Defendant and orders this case is dismissed.

IT IS SO ORDERED.

                                                                      s/ *Jack Zouhary*
                                                        JACK ZOUHARY
                                                        U. S. DISTRICT JUDGE

                                                        February 24, 2016